No. 228. RANDOLPH ET AL., TRUSTEES, *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Richard S. Doyle, Stanley S. Waite, Abraham Lowenhaupt,* and *Francis M. Curlee* for petitioners. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs.*

*James W. Morris* and *John MacC. Hudson* for respondent.

